# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, D.C. KING, S.A. DOMINGUEZ**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## BENJAMIN C. LEIGHTON
## GAS TURBINE SYSTEMS TECHNICIAN THIRD CLASS
## (E-4), U.S. NAVY

### NMCCA 201500321
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 23 July 2015.
**Military Judge**: CAPT R.J. Crow, JAGC, USN.
**Convening Authority**: Commanding Officer, Naval Station Mayport, Jacksonville, FL.
**Staff Judge Advocate's Recommendation**: LT M. Martin, JAGC, USN.
**For Appellant**: Maj Michael Berry, USMCR.
**For Appellee**: Mr. Brian Keller, Esq.

### 14 January 2016

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court